IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DAVID E. HALFORD,            )
                             )
     Plaintiff,              )
                             )    CIVIL ACTION NO.
     v.                      )     2:09cv689-MHT
                             )         (WO)
WESTPOINT HOME, INC.,        )
                             )
     Defendant.              )
```

### JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant WestPoint Home, Inc.'s motion for summary judgment (doc. no. 26) is granted.

(2) Judgment is entered in favor of defendant WestPoint Home, Inc. and against plaintiff David E. Halford, with plaintiff Halford taking nothing by his complaint.

It is further ORDERED that costs are taxed against plaintiff Halford, for which execution may issue.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 11th day of August, 2010.**

                              /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**